IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>FELIPE GARCIA<br>EDI YUNUE BUSTAMANTE VEGA, and<br>JUAN ANGEL LOPEZ,<br>,<br>             Defendants. | CASE NO.  5:14-MJ-00034 JLT<br><br>**UNDER SEAL**<br><br>ORDER UNSEALING COMPLAINT |

   The United States having applied to this Court, for a complaint in the above-captioned proceedings, having applied for the complaint to remain under seal in order to prevent the flight of the targets of the investigation, and having been informed that there is no further need for maintaining the complaint under seal,

   IT IS ORDERED, that the complaint and affidavit in support thereof in the above-entitled matter shall be unsealed.

Dated:  July 10, 2014

_____
HONORABLE JENNIFER L. THURSTON
U.S. MAGISTRATE JUDGE

Order Unsealing Complaint                              1